JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME BANDY,<br><br>                    Petitioner,<br><br>                    v.<br><br>DAVID SHINN, Warden,<br><br>                    Respondent. | Case No. CV 18-5752-CJC (KK)<br><br>JUDGMENT |

     Pursuant to the Order Accepting the Final Findings and Recommendation of the United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED without prejudice.

Dated: 2/10/2019

                                      HONORABLE CORMAC J. CARNEY
                                      United States District Judge

Presented by:

KENLY KIYA KATO
United States Magistrate Judge